1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, California 95814
4   Telephone: (916) 498-5700

5   Attorney for Defendant
    ALEXANDER MICHAEL CARLTON

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          )   NO. 2:99-mj-00218 DAD
                                        )
12                   Plaintiff,         )
                                        )   **MOTION FOR RETURN OF PASSPORT;**
13        v.                            )   **ORDER**
                                        )
14   ALEXANDER MICHAEL CARLTON,         )        (No hearing requested)
                                        )
15                   Defendant.         )
                                        )   Judge: Hon. Gregory G. Hollows
16   _____)

17

18        Alexander Michael Carlton hereby moves the Court for an order

19   directing the Clerk's Office to release his passport to the Office of the

20   Federal Defender so that it may be returned to him.

21        Mr. Carlton appeared before Magistrate Judge Drozd on August 18,

22   1999, in response to an indictment filed in the Southern District of

23   Iowa.  The following day, the court ordered him released on conditions

24   including surrender of his passport.  He surrendered his passport to the

25   Clerk of the Court as reflected in a receipt filed September 20, 1999

26   (docket item 11).  On December 26, 2000, the court for the Southern

27   District of Idaho forwarded its order exonerating bond.  On March 21,

28   2008, the Bureau of Prisons released Mr. Carlton upon expiration of his

1    sentence.  Mr. Carlton's passport remains in the custody of the Clerk of

2    the Court who has advised him that it cannot be returned without a court

3    order.  An order releasing his passport is hereby requested.  A proposed

4    order is attached.

5                                        Respectfully submitted,

6                                        DANIEL J. BRODERICK
                                         Federal Defender
7

8    Dated: May 6, 2008                  /s/ T. Zindel
                                         TIMOTHY ZINDEL
9                                        Assistant Federal Defender
                                         Attorney for ALEXANDER CARLTON
10

11

12                              O R D E R

13

14       The  Clerk  shall  release  Mr.  Carlton's  passport  to  the  Federal

15   Defender's Office who will return it to Mr. Carlton.

16       IT IS SO ORDERED.

17

18   Dated: May /2, 2008                 GREGORY G. HOLLOWS
                                         HON. GREGORY G. HOLLOWS
19                                       United States Magistrate Judge

20

21

22

23

24

25

26

27

28